AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>4961 Jack's Creek Pike, )<br>Lexington, Kentucky 40515 )<br> ) | Case No. 5:25-MJ-5324-MAS |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _Eastern_ District of _Kentucky_
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _August 12, 2025_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Matthew Stinnett_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of _10/28/2025_.

Date and time issued: 07/29/2025 2:00 pm

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 5:25-MJ-5324-MAS | Date and time warrant executed: <br> 8/5/2025; 9:43 a.m. | Copy of warrant and inventory left with: <br> Lorena Gallegos |
| Inventory made in the presence of: <br> Special Agent Peyton Parrigan |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See the attached inventory left with Lorena Gallegos |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/6/2025

*Jeremiah Saylor*
*Executing officer's signature*

Special Agent Jeremiah Saylor
*Printed name and title*

# Inventory Listing of Warrant Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| Gallegos Residence | 1000326192 | Wednesday, August 6, 2025 |
| | **Starting Date and Time:** | |
| 4961 Jacks Creek Pike | 08/05/2025 09:45 AM | |
| Lexington, KY 40515 | **Ending Date and Time:** | |
| | 08/05/2025 01:45 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Tabletop - Business Check Box | | |
| **Description:** | Seized Per Warrant | IRS Notice/Check Stubs/Receipts/HW Notes | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Table top | | |
| **Description:** | Seized Per Warrant | IRS Notices/Bank Statements/Bills/Paychecks | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Counter next to fridge | | |
| **Description:** | Seized Per Warrant | Expenditure Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Plastic Box under Desk | | |
| **Description:** | Seized Per Warrant | File folders/Business Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Business Receipt Folders | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Kitchen Counter | | |
| **Description:** | Seized Per Warrant | Bank Records/Checkbook/Payroll/Water Bills/Tax Records | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | Closet Table | | |
| **Description:** | Seized Per Warrant | Personla and Business Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Garage Shelf | | |
| **Description:** | Seized Per Warrant | Bank Records | |
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Business Receipts/Bills/Bank Statements | |
| **Control #:** | 10 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Business Receipts | |
| **Control #:** | 11 | **Evidence Box:** | |
| **Location:** | Basement Storage | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Bank Records/Restaurant Records | |
| **Control #:** | 12 | **Evidence Box:** | |
| **Location:** | Basement Storage | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Crate box of bank records | |
| **Control #:** | 13 | **Evidence Box:** | |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Top Drawer | | |
| **Description:** | Seized Per Warrant | Hard Drive - 244402403493 - SanDisk Extreme | |
| **Control #:** | 14 | **Evidence Box:** | |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Countertop | | |
| **Description:** | Seized Per Warrant | Apple Ipad Pro - LHQQW70CH2 | |
| **Control #:** | 15 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Cabinet Drawer | | |
| **Description:** | Seized Per Warrant | Seagater Hard Drive with cord - NA5Q0ALH | |
| **Control #:** | 16 | **Evidence Box:** | |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Business Receipts | |

| Control #: | 17 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Floor | | | |
| Description: | Seized Per Warrant | Business Receipts | | |

| Control #: | 18 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Floor | | | |
| Description: | Seized Per Warrant | Business Receipts | | |

| Control #: | 19 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Basement Storage | | Locator Code: | |
| Found: | Floor | | | |
| Description: | Seized Per Warrant | Bank Records/Restaurant Records | | |

| Control #: | 20 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Dining Room | | Locator Code: | |
| Found: | Drawers | | | |
| Description: | Seized Per Warrant | Checkbooks/Handwritten Records | | |

| Control #: | 21 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Floor | | | |
| Description: | Seized Per Warrant | Clear container of files | | |

| Control #: | 22 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Top of Counter | | | |
| Description: | Seized Per Warrant | Receipts/Bills/Check Stubs | | |

| Control #: | 23 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Top of Table | | | |
| Description: | Seized Per Warrant | iPad - Dead Battery | | |

| Control #: | 24 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Top of counter | | | |
| Description: | Seized Per Warrant | Bank Statements/Real Estate Records/Tax Prep | | |

| Control #: | 25 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | Under Desk | | | |
| Description: | Seized Per Warrant | Bank documents/Business Analysis | | |

| **Control #:** | 26 | | **Evidence Box:** | |
|---|---|---|---|---|
| **Location:** | Office | | **Locator Code:** | |
| **Found:** | Under desk | | | |
| **Description:** | Seized Per Warrant | Invoices | | |
| **Control #:** | 27 | | **Evidence Box:** | |
| **Location:** | Office | | **Locator Code:** | |
| **Found:** | Top of Counter | | | |
| **Description:** | Seized Per Warrant | Estate Planning/Will | | |
| **Control #:** | 28 | | **Evidence Box:** | |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | Closet | | | |
| **Description:** | Seized Per Warrant | Luxury Item Receipts | | |
| **Control #:** | 29 | | **Evidence Box:** | |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | Luggage | | | |
| **Description:** | Seized Per Warrant | Receipts/Mexico Building Materials | | |
| **Control #:** | 30 | | **Evidence Box:** | |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | Bottom of closet | | | |
| **Description:** | Seized Per Warrant | Wire treansfer receipts/Construction contract receipts and payments | | |
| **Control #:** | 31 | | **Evidence Box:** | |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | Closet | | | |
| **Description:** | Seized Per Warrant | Two USB Drives | | |
| **Control #:** | 32 | | **Evidence Box:** | |
| **Location:** | Office | | **Locator Code:** | |
| **Found:** | | | | |
| **Description:** | Seized Per Warrant | Box of Records | | |